# Exhibit 2



# IN THE
## TENTH COURT OF APPEALS

Nos. 10-08-00296-CR, 10-08-00297-CR,
10-08-00298-CR, 10-08-00299-CR,
10-08-00300-CR, 10-08-00301-CR,
10-08-00302-CR, and 10-08-00303-CR

**HELEN MAYFIELD,**
                                                                                          Appellant
 v.

**THE STATE OF TEXAS,**
                                                                                          Appellee

From the 361st District Court
Brazos County, Texas
Trial Court Nos. 07-05457-CRF-361, 07-05458-CRF-361,
07-05459-CRF-361, 07-05460-CRF-361, 07-05461-CRF-361,
07-05462-CRF-361, 07-05463-CRF-361, and 07-05464-CRF-361

## MEMORANDUM OPINION

A grand jury presented twelve indictments for forgery against Helen Mayfield, and each indictment was assigned a different cause number by the district clerk. She went to trial on four of the indictments, and a jury convicted her in each case. She was not tried on the other eight indictments, and they remain pending. Mayfield filed a

notice of appeal in all twelve cases.[1] We will dismiss the appeals in the eight cases which remain pending in the trial court because no final judgment of conviction or other appealable order has been entered in any of them.

This Court has appellate jurisdiction in criminal cases to review final judgments of conviction and other interlocutory orders for which jurisdiction is "expressly granted by law." *See Ahmad v. State*, 158 S.W.3d 525, 526 (Tex. App.—Fort Worth 2004, pet. ref'd) (quoting *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991)) (citing *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990)) (other citations omitted). Accordingly, the Clerk of this Court notified Mayfield that these eight appeals were subject to dismissal for want of jurisdiction if she did not file a response showing grounds for continuing the appeals. *See* TEX. R. APP. P. 44.3. The Court has received no response. Accordingly, these appeals are dismissed for want of jurisdiction.[2] *See Ahmad*, 158 S.W.3d at 527.

PER CURIAM

Before Chief Justice Gray,
    Justice Vance, and
    Justice Reyna
Appeals dismissed
Opinion delivered and filed October 29, 2008
Do not publish
[CR25]

---

[1] Actually, Mayfield filed a single notice of appeal with all twelve cause numbers on it.

[2] Mayfield's appeals in the four cases in which she was convicted remain pending in this Court.