# Exhibit 3

# Case Information

07-05457-CRF-361 | The State of Texas vs Helen Tyne Mayfield

| Case Number | Court | Judicial Officer |
|---|---|---|
| 07-05457-CRF-361 | 361st District Court | Smith, Steve |
| File Date | Case Type | Case Status |
| 10/05/2007 | Adult Felony | Disposed |

# Party

State
**State of Texas**

Active Attorneys ▾

**Lead Attorney**
SMITH, DANNY WALLACE, Jr

Defendant
**MAYFIELD, HELEN TYNE**

DOB
**12/07/1947**

Gender
**Female**

Height
**5' 5"**

Weight
**155 lbs**

Address
**2701 KENT APT 15**
**BRYAN TX 77803**

# Charge

Charges
MAYFIELD, HELEN TYNE

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | 32.21(D) PC | State Jail Felony | 08/10/2007 |

## Disposition Events

07/07/2009 Disposition ▾

Judicial Officer
Smith, Steve

| 1 | FORGERY FINANCIAL INSTRUMENT | | Dismissal |
|---|---|---|---|

## Events and Hearings

10/04/2007 WARNING BY MAGISTRATE ▾

Judicial Officer
**Smith, Steve**

10/04/2007 Indictment ▾

Judicial Officer
**Smith, Steve**

10/05/2007 New Cases Filed (OCA) - by indictment/information ▾

Judicial Officer
**Smith, Steve**

10/05/2007 PRECEPT ▾

Judicial Officer
**Smith, Steve**

10/12/2007 MOTION ▾

Judicial Officer
**Smith, Steve**

11/07/2007 Arraignment Hearing ▾

## Case Information

07-05458-CRF-361 | The State of Texas vs Helen Tyne Mayfield

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 07-05458-CRF-361 | 361st District Court | Smith, Steve |
| File Date | Case Type | Case Status |
| 10/05/2007 | Adult Felony | Disposed |

## Party

State
State of Texas

Active Attorneys ▾
Lead Attorney
SMITH, DANNY WALLACE, Jr

Defendant
MAYFIELD, HELEN TYNE

DOB
12/07/1947

Gender
Female

Height
5' 5"

Weight
155 lbs

Address
2701 KENT APT 15
BRYAN TX 77803

## Charge

Charges
MAYFIELD, HELEN TYNE

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | 32.21(D) PC | State Jail Felony | 08/10/2007 |

## Disposition Events

07/07/2009 Disposition ▾

Judicial Officer
Smith, Steve

| 1 | FORGERY FINANCIAL INSTRUMENT | | Dismissal |
|---|---|---|---|

## Events and Hearings

10/04/2007 WARNING BY MAGISTRATE ▾

Judicial Officer
**Smith, Steve**

10/04/2007 Indictment ▾

Judicial Officer
**Smith, Steve**

10/05/2007 New Cases Filed (OCA) - by indictment/information ▾

Judicial Officer
**Smith, Steve**

10/05/2007 PRECEPT ▾

Judicial Officer
**Smith, Steve**

10/12/2007 MOTION ▾

Judicial Officer
**Smith, Steve**

11/07/2007 Arraignment Hearing ▾

## Case Information

07-05459-CRF-361 | The State of Texas vs Helen Tyne Mayfield

Case Number
07-05459-CRF-361

File Date
10/05/2007

Court
361st District Court

Case Type
Adult Felony

Judicial Officer
Smith, Steve

Case Status
Disposed

## Party

State
State of Texas

Active Attorneys ▾
Lead Attorney
SMITH, DANNY WALLACE, Jr

Defendant
MAYFIELD, HELEN TYNE

DOB
12/07/1947

Gender
Female

Height
5' 5"

Weight
155 lbs

Address
2701 KENT APT 15
BRYAN TX 77803

## Charge

Charges
MAYFIELD, HELEN TYNE

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | 32.21(D) PC | State Jail Felony | 08/10/2007 |

## Disposition Events

07/07/2009 **Disposition** ▼

Judicial Officer
Smith, Steve

| | | | |
|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | | Dismissal |

## Events and Hearings

10/04/2007 Indictment ▼

Judicial Officer
**Smith, Steve**

10/04/2007 WARNING BY MAGISTRATE ▼

Judicial Officer
**Smith, Steve**

10/05/2007 New Cases Filed (OCA) - by indictment/information ▼

Judicial Officer
**Smith, Steve**

10/05/2007 PRECEPT ▼

Judicial Officer
**Smith, Steve**

10/12/2007 MOTION ▼

Judicial Officer
**Smith, Steve**

11/07/2007 Arraignment Hearing ▼

# Case Information

07-05460-CRF-361 | The State of Texas vs Helen Tyne Mayfield

| Case Number | Court | Judicial Officer |
|---|---|---|
| 07-05460-CRF-361 | 361st District Court | Smith, Steve |
| File Date | Case Type | Case Status |
| 10/05/2007 | Adult Felony | Disposed |

# Party

State
**State of Texas**

Active Attorneys ▾
Lead Attorney
SMITH, DANNY WALLACE, Jr

Defendant
MAYFIELD, HELEN TYNE

DOB
12/07/1947

Gender
Female

Height
5' 5"

Weight
155 lbs

Address
2701 KENT APT 15
BRYAN TX 77803

# Charge

Charges
MAYFIELD, HELEN TYNE

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | 32.21(D) PC | State Jail Felony | 08/10/2007 |

## Disposition Events

07/07/2009 Disposition ▾

Judicial Officer
Smith, Steve

| | | | |
|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | | Dismissal |

## Events and Hearings

10/04/2007 WARNING BY MAGISTRATE ▾

Judicial Officer
**Smith, Steve**

10/04/2007 Indictment ▾

Judicial Officer
**Smith, Steve**

10/05/2007 New Cases Filed (OCA) - by indictment/information ▾

Judicial Officer
**Smith, Steve**

10/05/2007 PRECEPT ▾

Judicial Officer
**Smith, Steve**

10/12/2007 MOTION ▾

Judicial Officer
**Smith, Steve**

11/07/2007 Arraignment Hearing ▾

| | |
|---|---|
| 07/19/2017 CLERK'S RECORD | |
| 08/16/2017 LETTER | |
| 09/21/2021 Final Physical File Documents | |

## Financial

MAYFIELD, HELEN TYNE

|  | | |
|---|---|---:|
| Total Financial Assessment | | $366.00 |
| Total Payments and Credits | | $0.00 |

| 11/6/2007 | Transaction Assessment | $316.00 |
|---|---|---:|
| 3/28/2008 | Transaction Assessment | $50.00 |

## Case Information

07-05461-CRF-361 | The State of Texas vs Helen Tyne Mayfield

| Case Number | Court | Judicial Officer |
|---|---|---|
| 07-05461-CRF-361 | 361st District Court | Smith, Steve |
| File Date | Case Type | Case Status |
| 10/05/2007 | Adult Felony | Disposed |

## Party

State
**State of Texas**

Active Attorneys ▼
**Lead Attorney**
SMITH, DANNY WALLACE, Jr

Defendant
MAYFIELD, HELEN TYNE

DOB
12/07/1947

Gender
Female

Height
5' 5"

Weight
155 lbs

Address
2701 KENT APT 15
BRYAN TX 77803

## Charge

Charges
MAYFIELD, HELEN TYNE

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | 32.21(D) PC | State Jail Felony | 08/07/2007 |

## Disposition Events

07/07/2009 Disposition ▾

Judicial Officer
Smith, Steve

| | | |
|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | Dismissal |

## Events and Hearings

10/04/2007 Indictment ▾

Judicial Officer
**Smith, Steve**

10/04/2007 WARNING BY MAGISTRATE ▾

Judicial Officer
**Smith, Steve**

10/05/2007 New Cases Filed (OCA) - by indictment/information ▾

Judicial Officer
**Smith, Steve**

10/05/2007 PRECEPT ▾

Judicial Officer
**Smith, Steve**

10/12/2007 MOTION ▾

Judicial Officer
**Smith, Steve**

11/07/2007 Arraignment Hearing ▾

# Case Information

07-05462-CRF-361 | The State of Texas vs Helen Tyne Mayfield

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 07-05462-CRF-361 | 361st District Court | Smith, Steve |
| File Date | Case Type | Case Status |
| 10/05/2007 | Adult Felony | Disposed |

# Party

State
**State of Texas**

Active Attorneys ▾
**Lead Attorney**
SMITH, DANNY WALLACE, Jr

Defendant
MAYFIELD, HELEN TYNE

DOB
12/07/1947

Gender
Female

Height
5' 5"

Weight
155 lbs

Address
2701 KENT APT 15
BRYAN TX 77803

# Charge

Charges
MAYFIELD, HELEN TYNE

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | 32.21(D) PC | State Jail Felony | 08/10/2007 |

## Disposition Events

07/07/2009 Disposition ▾

Judicial Officer
Smith, Steve

| 1 | FORGERY FINANCIAL INSTRUMENT | | Dismissal |
|---|---|---|---|

## Events and Hearings

10/04/2007 WARNING BY MAGISTRATE ▾

Judicial Officer
**Smith, Steve**

10/04/2007 Indictment ▾

Judicial Officer
**Smith, Steve**

10/05/2007 New Cases Filed (OCA) - by indictment/information ▾

Judicial Officer
**Smith, Steve**

10/05/2007 PRECEPT ▾

Judicial Officer
**Smith, Steve**

10/12/2007 MOTION ▾

Judicial Officer
**Smith, Steve**

11/07/2007 Arraignment Hearing ▾

## Case Information

07-05463-CRF-361 | The State of Texas vs Helen Tyne Mayfield

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 07-05463-CRF-361 | 361st District Court | Smith, Steve |
| File Date | Case Type | Case Status |
| 10/05/2007 | Adult Felony | Disposed |

## Party

State
**State of Texas**

Active Attorneys ▾
**Lead Attorney**
SMITH, DANNY WALLACE, Jr

Defendant
MAYFIELD, HELEN TYNE

DOB
12/07/1947

Gender
Female

Height
5' 5"

Weight
155 lbs

Address
2701 KENT APT 15
BRYAN TX 77803

## Charge

Charges
MAYFIELD, HELEN TYNE

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | 32.21(D) PC | State Jail Felony | 08/10/2007 |

## Disposition Events

07/07/2009 Disposition ▾

Judicial Officer
Smith, Steve

| 1 | FORGERY FINANCIAL INSTRUMENT | | Dismissal |
|---|---|---|---|

## Events and Hearings

10/04/2007 WARNING BY MAGISTRATE ▾

Judicial Officer
**Smith, Steve**

10/04/2007 Indictment ▾

Judicial Officer
**Smith, Steve**

10/05/2007 New Cases Filed (OCA) - by indictment/information ▾

Judicial Officer
**Smith, Steve**

10/05/2007 PRECEPT ▾

Judicial Officer
**Smith, Steve**

10/12/2007 Submission ▾

Judicial Officer
**Davis, Rick**

Hearing Time
**10:45 AM**

## Case Information

07-05464-CRF-361 | The State of Texas vs Helen Tyne Mayfield

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| 07-05464-CRF-361 | 361st District Court | Smith, Steve |
| File Date | Case Type | Case Status |
| 10/05/2007 | Adult Felony | Disposed |

## Party

State
**State of Texas**

Active Attorneys ▾
**Lead Attorney**
SMITH, DANNY WALLACE, Jr

Defendant
MAYFIELD, HELEN TYNE

DOB
12/07/1947

Gender
Female

Height
5' 5"

Weight
155 lbs

Address
2701 KENT APT 15
BRYAN TX 77803

## Charge

Charges
MAYFIELD, HELEN TYNE

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTRUMENT | 32.21(D) PC | State Jail Felony | 08/10/2007 |

## Disposition Events

07/07/2009 Disposition ▾

Judicial Officer
Smith, Steve

| 1 | FORGERY FINANCIAL INSTRUMENT | | Dismissal |
|---|---|---|---|

## Events and Hearings

10/04/2007 WARNING BY MAGISTRATE ▾

Judicial Officer
**Smith, Steve**

10/04/2007 Indictment ▾

Judicial Officer
**Smith, Steve**

10/05/2007 New Cases Filed (OCA) - by indictment/information ▾

Judicial Officer
**Smith, Steve**

10/05/2007 PRECEPT ▾

Judicial Officer
**Smith, Steve**

10/12/2007 Submission ▾

Judicial Officer
**Davis, Rick**

Hearing Time
**10:45 AM**