# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HELEN TYNE MAYFIELD, *et al*, | § § § | |
| Petitioners, | § | |
| VS. | § | MISC. ACTION NO. 4:12-MC-454 |
| | § | |
| CITY OF COLLEGE STATION, *et al*, | § § | |
| Respondents. | § § | |

## **ORDER**

The application to proceed *in forma pauperis* is hereby Denied. The claim is based on a nonsense claim and is frivolous.

SIGNED at Houston, Texas this 17th day of July, 2012.

_____
Kenneth M. Hoyt
United States District Judge