UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HELEN TYNE MAYFIELD**, *et. al.*, § § § *Plaintiffs*, § § **v.** § **CIVIL ACTION NO. 4:23-cv-00795** § **CITY OF COLLEGE STATION**, *et al.*, § § § *Defendants*. § | |

## ORDER

The Court has considered Defendant Brazos County's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiffs' Complaint (the "Motion") and any response or reply to same. The Court, after considering the Motion, is of the opinion that Defendant Brazos County is entitled to the relief requested, and its Motion should be granted.

Accordingly, the Court orders that the Complaint (Doc. 1) of the Plaintiffs against Defendant Brazos County, in any and all capacities, is hereby dismissed with prejudice and Plaintiffs take nothing from Defendant Brazos County.